IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05cv283

**F I L E D**
ASHEVILLE, N. C.

OCT 13 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| **IN RE:**<br>FOWLER'S BURIED WIRE<br>SERVICE, INC. | ) ) ) | |
| **Robert M. Pitts, Trustee** for<br>Fowler's Buried Wire Service, Inc., | ) ) ) | **O R D E R   O F   D I S M I S S A L** |
| Plaintiff-Appellant,<br>vs. | ) ) ) | |
| **Graybar Electric Company, Inc.,** | ) ) | |
| Defendant-Appellee. | ) | |

UPON Agreement regarding Voluntary Dismissal of Appeal filed by the parties on October 11, 2005,
the appeal filed in the above captioned matter is hereby dismissed pursuant to Rule 8001(c)(2) of the
Federal Rules of Bankruptcy Procedure.

This the 13th day of  October  , 2005

FRANK G. JOHNS, CLERK
UNITED STATES DISTRICT COURT


BY _Elizabeth G. Barton_
Deputy Clerk